UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

vs.                              CASE NO.:

Barge B. 285,

    Defendant, in rem.

_____/

## VERIFIED COMPLAINT IN REM

Plaintiff, INTERNATIONAL SHIP REPAIR AND MARINE SERVICES, INC. ("ISR"), hereby brings this action against Defendant, Barge B. 285, her engines, tackle, etc. and in support thereof would show:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all material times ISR was a company operating a marine repair business in Tampa, Florida.

3. The vessel Barge B. 285 is and will be during the pendency of the process within this district and within the jurisdiction of this Court.

4. On or about May 15, 2019, ISR and Bouchard Transportation Co., Inc. ("Bouchard") entered into the agreement attached hereto as **Exhibit "A"**. Thereunder Bouchard agreed that ISR would provide a berth for the Barge B. 285 and it would pay for the dockage of the Barge B. 285 beyond May 24, 2019.

5. Bouchard operates the Barge B. 285 and has the authority to order services for that Vessel. Thus, on the Order a representative in whose custody the vessel was entrusted by the owner, and who had authority for that purpose, ISR provided, berthing for the Barge B. 285.

6. ISR has in fact provided berthing to the Barge B. 285 since May 24, 2019 and invoiced Bouchard for the dockage due under the May 15, 2019.

7. As of September 20, 2019, a total of $360,524.00 is due and owing to ISR as a result of ISR providing a berth to the Barge B. 285. Said sum due is reasonable.

8. As a result of ISR's providing berthing to the Barge B. 285, ISR is entitled to a maritime lien against the vessel Barge B. 285. Said provision of berthing is a necessary as that term is defined in 46 U.S.C. 31031(4) and as is used in 46 U.S.C. 31342(a).

9. ISR has demanded from the owner and other representatives of the Barge B. 285 payment for its services in the amount of $360,524.00 Although duly demanded, the charges have not been paid and the amount remains due and owing to ISR.

5. ISR has retained the undersigned counsel to bring this action on its behalf. In addition, ISR has incurred or will incur certain additional costs of filing this complaint and securing, arresting and holding the defendant vessel interest, costs and attorneys' fees.

WHEREFORE, ISR demands:

1. That process in due form of law according to the rules and practice of this Court and causes of maritime and admiralty jurisdiction may issue against the vessel Barge B. 285, her engines, tackle, etc., citing all persons claiming any interest to appear and answer on oath all and singular the matter states above.

2. That this Court order and adjudge that the vessel Barge B. 285 be condemned and sold to pay the demand, with prejudgment interest, costs and attorneys' fees.

3. That judgment be entered in favor of ISR for the amount of its damages, plus interest, prejudgment interest, costs and reasonable attorneys' fees.

_____
Paul E. Parrish, Esq.
GrayRobinson, PA
Fla. Bar No. 373117
1795 West Nasa Blvd.
Melbourne, FL  32901
Phone:  (321) 727-8100
Facsimile:  (321) 984-4122
Paul.parrish@gray-robinson.com

VERIFICATION

*George H Lorton* (signature)
George Lorton

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

GeorgeLorton Before me, the undersigned authority, personally appeared ~~Hugo Ortiz~~, who was duly sworn and says that he holds the position of President of the Plaintiff, that he has read the foregoing Complaint and is familiar with its contents, which are true to the best of his knowledge. The sources of his information and grounds for his belief are his personal knowledge of the events stated along with his review of Plaintiffs files pertaining to the Barge B. 285. Plaintiff has authorized affiant to make the representations herein.

SWORN to and SUBSCRIBED before me this 23rd day of September 2019, by George H. Lorton who is personally known to me, or who produced _____ as identification.

NOTARY PUBLIC, STATE OF FLORIDA
Printed Name: Tami R Ham
Commission No. _____

My Commission Expires: _____

(Seal)
TAMI R HAM
Notary Public – State of Florida
Commission # GG 135948
My Comm. Expires Aug 20, 2021
Bonded through National Notary Assn.