| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>international ship repair | COURT CASE NUMBER<br>8:19-cv-2363 |
|---|---|
| DEFENDANT<br>barge b 285 | TYPE OF PROCESS<br>arrest rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
barge b 285

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
port of tampa

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>09272019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>93019 | Time<br>1130 | ☒ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>65 | Total Mileage Charges *(including endeavors)*<br>8.48 | Forwarding Fee | Total Charges<br>73.48 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

2019 OCT -4 AM 10:18
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA
FILED

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

RECEIVED
U.S. MARSHAL

19 SEP 30 PM 2: 26

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

vs.

    CASE NO.: 8:19cv2363-T-36AAS

Barge B. 285,

    Defendant, in rem.

_____/

## WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA

The complaint in the above-styled in rem proceeding was filed in the Tampa Division of this Court on September 23, 2019.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rule of Civil Procedure and Local Admiralty Rule 7.03, you are directed to arrest the Defendant vessel, Barge B. 285, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in our custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Tampa, Florida, this 25th day of September, 2019.

(Put in name of Clerk here) **ELIZABETH M. WARREN**
Clerk

By: _____
Deputy Clerk

GRAYROBINSON, PA
Paul E. Parrish, Esq.
Florida Bar No.: 373117
1795 West Nasa Blvd.
Melbourne, FL 32901
Phone: (321) 727-8100
Facsimile: (321) 984-4122
Email: paul.parrish@gray-robinson.com

## SPECIAL NOTICE

In accordance with Local Admiralty Rule 7.03(f), any person claiming an interest in the vessel and/or property shall be required to file a claim within FOURTEEN (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of his claim. Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule 7.03(g).