UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

vs.

CASE NO.: 8:19-cv-2363-36AAS

BARGE B. 285,

    Defendant.
_____/

### AFFIDAVIT OF HUGO ORTIZ

BEFORE ME, this day personally appeared, Hugo Ortiz, (Affiant), who deposes and says:

1. I am Hugo Ortiz, Senior Vice President of International Ship Repair and Marine Services, Inc. ("ISR"). I am over eighteen (18) years of age and am otherwise competent to make this Affidavit.

2. The statements made herein are based on my personal knowledge and/or review of ISR's business records.

3. In March of 2019, ISR directed that the B. 285 be arrested for the failure of its manager, Bouchard Transportation Company ("Bouchard"), to pay the bills for berthing the B. 285. The berthing had been arranged by Bouchard, which had the authority to make such arrangements as the manager for the vessel. In May of 2019, ISR and Bouchard resolved the


EXHIBIT A

initial litigation by entering into the agreement that is attached hereto as Exhibit A1. Again, Bouchard, as the operator of the B. 285, had the authority to act on behalf of the B. 285.

4. Among other things, the agreement between ISR and Bouchard provided that Bouchard would pay for the B. 285 berthing at ISR's facility at the rates set forth in the agreement. The rate charged by ISR was reasonable in that it is less than Port Authority's tariffs for berthage of like vessels.

5. ISR provided the agreed upon berthing to B. 285 from the date of the agreement until the present time.

6. ISR invoiced Bouchard for the berthing provided to the B. 285 on a weekly basis, as is provided for under the agreement.

7. Though ISR provided berthing for B. 285 and invoiced Bouchard as required by the agreement, Bouchard failed to pay any of the sums due. By September 23, 2019, Bouchard owed ISR a sum of three hundred sixty-nine thousand six hundred thirty dollars and fifty cents ($369,630.50) for the berthing ISR provided to the B. 285 as of September 23, 2019. That sum was past due, as more than three (3) days had elapsed after ISR had invoiced Bouchard.

8. As a result of nonpayment, ISR filed an in rem arrest action against the B. 285 on or about September 23, 2019. The U.S. Marshall arrested the B. 285 on or about September 30, 2019. Since that date it has been in the custody of ISR, which was appointed the substitute custodian for that vessel.

9. Neither Bouchard nor any other agent of the B. 285 has made any attempt to resolve this dispute either before or after the arrest.

10. The Court appointed ISR as the substitute custodian for the B. 285 while it remains under arrest. As of April 24, 2020, the B. 285 has incurred custodial expenses in the

amount of seven hundred fifty-seven thousand two hundred seventy-one dollars and eighty-one cents ($757,271.81).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Hugo Ortiz

STATE OF Florida
COUNTY OF Hillsborough

THE FOREGOING INSTRUMENT was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 29 day of April, 2020, Hugo Ortiz, who ☑ is personally known to me, or ☐ produced _____ as identification.

[AFFIX NOTARY SEAL]

Notary Public Signature
Print Notary Name: Tami R Ham
My commission expires: 08/20/2021

TAMI R HAM
Notary Public – State of Florida
Commission # GG 135948
My Comm. Expires Aug 20, 2021
Bonded through National Notary Assn.

3

/142507/9#40467804 v1