UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL SHIP REPAIR AND
MARINE SERVICES, INC.,

    Plaintiff,

v.                                         Case No: 8:19-cv-2363-T-36AAS

BARGE B. 285,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on June 23, 2020 (Doc. 31). In the Report and Recommendation, Magistrate Judge Sansone recommends that Barge B. 285's motion to dismiss (Doc. 16) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 31) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Barge B. 285's Motion to Dismiss (Doc. 16) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on July 10, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record